PIFP

Name: Alexander P. Yanko
Address: 9001 Cape Wood Ct
City, State, Zip: Las Vegas, NV 89117
Phone: N/A
Email: N/A
Self-Represented

```
_____FILED        _____RECEIVED
_____ENTERED      _____SERVED ON
              COUNSEL/PARTIES OF RECORD

              AUG 15 2022

        CLERK US DISTRICT COURT
            DISTRICT OF NEVADA
BY:_____DEPUTY
```

## U. S. DISTRICT COURT
## CLARK COUNTY, NEVADA

Alexander P. Yanko
Plaintiff,

vs.

Wellpath, LLC
Defendant.

CASE NO.: 2:22-cv-01311-GMN-DJA

DEPT: _____

### Application to Proceed in Forma Pauperis

Pursuant to NRS 12.015, and based upon the information contained in this Application and Affidavit, I request permission from this Court to proceed without paying filing fees, or other costs and fees as provided in NRS 12.015 because I lack sufficient financial ability.

I understand that if approved, the order allowing me to proceed in forma pauperis will be valid for one year. I will be required to file a new Application to Proceed in Forma Pauperis if I need further filing fees and court costs and fees waived after one year.

**EMPLOYMENT:** (☒ *check one*)

☒ I am unemployed.

☐ I am employed. My employer is _____ and my job title is _____.

☐ I am self-employed. The name of my business is _____.

| Personal Income (write "0" for any income you do not have) |||
|---|---|---|
| A | Monthly Wages from Employment (before taxes) | $ 0 |
| B | Monthly Tip Income | $ |
| C | Monthly Unemployment Benefits | $ |
| D | Public Benefits/Assistance received each month<br>☐ TANF  ☐ SSD  ☐ SSI  ☐ food stamps  ☐ other: _____ | $ |
| E | Social Security | $ |
| F | Retirement / Pension | $ |
| G | Monthly Child Support received | $ |
| H | Other: _____ | $ |
|   | **TOTAL INCOME** (add lines A-H) | $ |

| Household Information |||
|---|---|---|
| A | How many adults (18 and up) live in the home (include yourself)? | 1 |
| B | How many children (under 18) live with you? | — |
|   | **TOTAL HOUSEHOLD SIZE** (add A+B) | 1 |

| Household Income |||
|---|---|---|
| List the names of the adults you live with and their estimated monthly earnings: |||
| Name: | Relationship: | $ |
| Name: | Relationship: | $ |
| Name: | Relationship: | $ |

| Monthly Expenses (write "0" for any expense you do not have) |||
|---|---|---|
| A | Rent / Mortgage | $ 0 |
| B | Utilities (electricity, gas, phone, other utilities) | $ |
| C | Food | $ |
| D | Child Care | $ |
| E | Medical Expenses (including health insurance) | $ |
| F | Transportation (insurance, gas, bus fare, etc.) | $ |
| G | Other: _____ | $ |
|   | **TOTAL EXPENSES** (add lines A-G) | $ |

| Assets (write "n/a" and "0" for any assets you do not have) | | |
|---|---|---|
| Asset | What It's Worth | What you Owe |
| Checking Account | $ N/A | n/a |
| Savings Account | $ N/A | n/a |
| Car (year/make/model:_____) | $ N/A | $ |
| House / Real Estate You Own (address:_____) | $ N/A | $ N/A |
| Other: | $ _____ | $ _____ |

**CREDIT CARDS.**

Do you have a credit card that you can use to charge the filing fee?

☒ No   ☐ Yes   ☐ Yes, but my current balance is $ _____

### Declaration in Support of Request to Proceed In Forma Pauperis

Briefly explain your current financial situation and why you are unable to pay the filing fee. For example, if you are unemployed explain why, for how long, and what efforts you are making to obtain employment. If you are temporarily living with a friend or relative explain for how long and how they help you financially.

I have been in the County jail 4 1/2 years on and off to prison with nothing to my name.

I declare under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct.

6/25/22
Date

Alexander P. Yanke
Printed Name

[signature]
Signature

Note: Did not have an "order copy". Please make one for me.