COMP

Alexander P. Yanko                    in Pro Per
9001 Cape Wood Ct. Las Vegas, NV 89117
United States District Court
Clark County, Nevada

Alexander P. Yanko

Plaintiff,

vs.

Wellpath LLC.
Does 1-10 inclusive,

Defendant

Business Roes 1-10 inclusive

2:22-cv-01311-GMN-DJA

Case No.: _____

Dept. No.: _____

Docket No.: 2

| FILED | RECEIVED |
| ENTERED | SERVED ON |
| | COUNSEL/PARTIES OF RECORD |

AUG 15 2022

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

BY: lee                    DEPUTY

Complaint

Plaintiff, Alexander P. Yanko in proper person
complains against the defendant, Wellpath
LLC, Does 1-10 inclusive, and Business Roes 1-10
inclusive as follows:

I Parties

1. Plaintiff, Alexander P. Yanko, (hereinafter
Plaintiff) who is currently, and was at all relevant
times, a resident of The State of Nevada, County
of Clark, City of Las Vegas.

2. Defendant, Wellpath, LLC, (hereinafter
Defendant Wellpath), is a Delaware corpora-
tion based in Nashville, TN, licensed to do
business in The State of Nevada, County of
Clark, City of Las Vegas

1

3. All the acts, and or failures to act alleged herein, were duly performed by, and or are attributable to defendants, individually, or acting by and through their agents and employees. Said acts, and or failures to act, were within the scope of any agency or employment, or were ratified by defendants.

4. The names and capacities, whether individual, corporate, associate, or otherwise of defendants and/or their alter egos sued herein as Does 1-10 inclusive and Business Roes 1-10 inclusive, are presently unknown, and Plaintiff will amend this complaint to insert the name(s) when ascertained.

## II. Facts

5. Since the day Wellpath took over the medical department at the Clark County Detention Center on July 1, 2019, they as a unit have showed deliberate indifference to Plaintiff's pain and suffering.

6. Plaintiff is a diabetic, who, on the street maintains his health through healthy diet.

7. Now under Wellpath, the defendant, he takes up to three shots of insulin a day and aproximately thinty or more pills a day.

2

8. All the while his diabetres has gotten worse.

9. But more importantly his pain due to neuropathy has progressed to an almost intolerable level.

10. Plaintiff, over the years has sent over five-hundred communications (kites) to Wellpath, the defendant, begging for help to no avail.

11. Plaintiff is in incredible pain due to this neuropathy yet the defendant refuses to give him the proper treatment to alieve the pain.

12. Defendant has him on a minimum dosage of Gabapentin, a nerve blocker used to treat neuropathy.

13. No matter how much Plaintiff brings the defendant's attention to his suffering they do nothing except to say, "Please discuss this at your next cronic pain consoltation."

14. At the cronic pain consultation they say, "Yeah, sure" then do nothing.

15. Defendant has shown deliberate indifference to all of Plaintiff's health issues.

16. Why else would he go from no shots to three or more shots a day?

3

17. Why else would his neuropathy start detiorating to the point it keeps him up all night long.

18. Why does defendant refuse to raise the amount of Gabapentin the Plaintiff is given when they know it is a safe, tried, and true way to deaden the pain of neuropathy.

19. Just for the Record, Neuropathy is the nerves dying in the feet, legs, hands, and arms. The pain cannot be described but has to be felt to have someone understand.

20. The fact is Defendant wellpath does not care about Plaintiff or any of their patients.

21. Defendant wellpath only cares about the bottom line.

III Claims for Relief

22. The claim is simple, "Deliberate Indifference." Defendant wellpath simply does not care if Plaintiff is in pain or not.

23. Nor do they, God forbid, that Plaintiff get better. Then they wouldn't be able to stick the county for his medical care.

IV Prayer for Relief

4

1. Plaintiff wants four and a half million dollars (4,500,000~). One million for each year he's had to endure this mistreatment

2. Ten million punitive damages ($10,000,000~)

3. For interest at the statutory note (and)

4. For such other and further relief as this court deems just and equitable.

DATED THIS 25 day of June . 20 22

I, Alexander P. Yenko . do

solemnly swear, under the penalty of perjury, that

the above Complaint is accurate,

correct, and true to the best of my knowledge.

NRS 171.102 and NRS 208.165.

Respectfully submitted,

Alex P. Yanko

~~Defendant~~
Plaintiff

NRS 208.165 A prisoner may execute any instrument by signing his name immediately following a declaration "under penalty of perjury" with the same legal effect as if he had acknowledged it or sworn to its truth before a person authorized to administer oaths. As used in this section, "prisoner" means a person confined in any jail or prison, or any facility for the detention of juvenile offenders in this state.

5

Alex Yanko
9601 Cape Woods Ct
LJ, NJ 89117

FILED _____
_____ ENTERED

_____ RECEIVE.
_____ SERVED C:
COUNSEL/PARTIES OF RECO:

AUG 15 2022

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

BY: _____

US District Court
333 S Las Vegas Blvd
LV, NV 89101

89101-706569

XRAYED US MARSHALS SERVICE

LAS VEGAS NV 89

13 AUG 2022 PM 5

FOREVER / USA   FOREVER / USA