# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Alexander P. Yanko, | Case No. 2:22-cv-01311-GMN-DJA |
| Plaintiff, | |
| v. | **Order** |
| Wellpath, LLC. | |
| Defendant. | |

*Pro se* Plaintiff Alexander P. Yanko submitted initiating documents to the Court which include an application to proceed *in forma pauperis* and a civil rights complaint. (ECF Nos. 1, 1-1). However, Plaintiff's application is on the wrong form. Plaintiff has filled out the form for state court, rather than for federal court.

The Court with therefore deny Plaintiff's application to proceed *in forma pauperis* without prejudice. If Plaintiff chooses to file another *in forma pauperis* application, then he must file a complete application on this Court's approved form.

**IT IS THEREFORE ORDERED** that Plaintiff's application to proceed *in forma pauperis* (ECF No. 1) is **denied without prejudice.**

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to send Plaintiff a blank application to proceed *in forma pauperis* (non-inmate packet) as well as the accompanying instruction packet.

**IT IS FURTHER ORDERED** that by **November 7, 2022**, Plaintiff must either: (1) file a complete application to proceed *in forma pauperis*, on the correct form; or (2) pay the full $402 filing fee for a civil action, which includes the $350 filing fee and the $52 administrative fee.

1  Failure to comply with this order will result in a recommendation to the District Judge that this
2  action be dismissed.

       DATED: October 7, 2022

       _____
       DANIEL J. ALBREGTS
       UNITED STATES MAGISTRATE JUDGE