# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Alexander P. Yanko, <br><br> Plaintiff, <br><br> v. <br><br> Wellpath, LLC, <br><br> Defendant. | Case No. 2:22-cv-01311-GMN-DJA <br><br> **Report and Recommendation** |

On October 7, 2022, the Court denied Plaintiff's application to proceed *in forma pauperis* because it was on the wrong form. (ECF No. 3). The Court gave Plaintiff until November 7, 2022 to file a new application or pay the filing fee. (*Id.*). It explained that failure to comply with the order would result in a recommendation to the district judge that the action be dismissed. (*Id.*). Plaintiff has missed his deadline and, to date, has filed nothing further with the Court.

Accordingly, the undersigned **RECOMMENDS** that this case be **DISMISSED**.

## NOTICE

This report and recommendation is submitted to the United States District Judge assigned to this case under 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation may file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

DATED: January 20, 2023

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE