# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ALEXANDER P. YANKO, | ) |
| | ) |
| Plaintiff, | ) Case No.: 2:22-cv-01311-GMN-DJA |
| vs. | ) |
| | ) **ORDER** |
| WELLPATH, LLC, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Pending before the Court is the Report and Recommendation ("R&R"), (ECF No. 4), of United States Magistrate Judge Daniel J. Albregts, which recommends dismissing Plaintiff Alexander Yanko's ("Plaintiff's") Complaint, (ECF No. 1-1), for failure to either pay the filing fee or file an application to proceed *in forma pauperis* on the correct form.

A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2. Upon the filing of such objections, the Court must make a *de novo* determination of those portions to which objections are made. *Id.* The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. R. IB 3-2(b). Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985) (citing 28 U.S.C. § 636(b)(1)). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's R&R where no objections have been filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003).

Here, no objections were filed, and the deadline to do so has passed. (*See* Min. Order,

1   ECF No. 4) (setting a February 4, 2023, deadline for objections).

2       Accordingly,

3       **IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 4), is

4   **ACCEPTED and ADOPTED** in full.

5       **IT IS FURTHER ORDERED** that Plaintiff's Complaint, (ECF No. 1-1), is

6   **DISMISSED** without prejudice.

7       **IT IS FURTHER ORDERED** that the Clerk is instructed to close the case.

8       Dated this __6__ day of February, 2023.

_____
Gloria M. Navarro, District Judge
United States District Court